IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:13-CV-75-FL

| | | |
|---|---|---|
| JACKIE LEE CHESTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ADAMS AUTO WASH, INC., | ) | |
| | ) | |
| Defendant. | ) | |

The procedural posture of the case having been set forth in prior order, the court dispenses with this recitation and turns squarely to the issues now before it which include award of fees and expenses to plaintiff upon defendant's failure to attend scheduling conference before the magistrate judge, necessity for any amended case schedule, and issues concerning representation of defendant where it is well-established that a corporation cannot proceed *pro se.*

The court having allowed plaintiff his reasonable costs and expenses of or relating to the October 28, 2014, hearing before the magistrate judge, and where plaintiff filed January 20, 2015, his statement evidencing costs and expenses, to which defendant failed to respond, as sanction against this defendant for egregious conduct shown on the record, defendant is ordered to pay plaintiff's costs and expenses totaling the sum of $5,000.00 within 30 days from date of entry of this order. In this part, plaintiff's motion for relief (DE 46) is ALLOWED.

The clerk shall serve a copy of this order on Kyeung-Guk Calvin Min, Registered Agent for Adams Auto Wash, Inc., 334 N. Spence Avenue, Goldsboro, NC 27530. Defendant is admonished in accordance with prior orders immediately to obtain counsel in the case and in any event, not later

than 30 days from date of entry of this order. Thereafter the court will enter such other and further orders, including on scheduling, as deemed appropriate.

    SO ORDERED, this the 11th day of March, 2015.

                                  LOUISE W. FLANAGAN
                                  United States District Judge