IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:13-CV-75-FL

| | | |
|---|---|---|
| JACKIE LEE CHESTER, | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| ADAMS AUTO WASH, INC., | ) | |
| Defendant. | ) | |

This cause was heard by the undersigned on Adams Auto Wash, Inc.'s ("Defendant" or "Adams") Motion, pursuant to Local ADR Rule 101.2, for an Order setting a court-hosted mediated settlement conference in this matter before the Honorable Kimberly Swank, United States Magistrate Judge for the Eastern District of North Carolina, on a date and time to be determined by the Court, at the United States Courthouse, Greenville, North Carolina.

After reviewing the Motion, and all other documents of record, the Court is of the opinion that Defendant's motion should be allowed.

It is therefore, ORDERED, that this matter is referred to the Honorable Kimberly Swank, United States Magistrate Judge for the Eastern District of North Carolina, for the purpose of conducting a court-hosted mediated settlement conference in this matter at the United States Courthouse, Greenville, North Carolina, at a date and time to be set by the Honorable Kimberly Swank. Defense counsel shall confer with plaintiff and the parties jointly propose in notice filed on the docket three alternative dates of availability for Judge Swank's further consideration.

This the 12th day of August, 2015.

*/s/ Louise W. Flanagan*

Honorable Louise W. Flanagan
United States District Court Judge