UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| JACKIE LEE CHESTER, | ) | |
| | ) | |
| Plaintiff, | ) | **JUDGMENT** |
| | ) | |
| v. | ) | No. 5:13-CV-75-FL |
| | ) | |
| ADAMS AUTO WASH, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 15, 2016, and for the reasons set forth therein, that judgment is hereby entered in favor of the defendant.

**This Judgment Filed and Entered on August 16, 2016, and Copies To:**

Charles L. McLawhorn, Jr. (via CM/ECF Notice of Electronic Filing)
Serenity Shea Rasmussen (via CM/ECF Notice of Electronic Filing)
Jackie Lee Chester (via U.S. Mail) 129 Fieldsboro Road, Walstonburg, NC 27888


August 16, 2016         JULIE RICHARDS JOHNSTON CLERK
                          /s/ Christa N. Baker
                        (By) Christa N. Baker, Deputy Clerk